IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

THE RENOVATORS
RESTORATION COMPANY, INC.                                              PLAINTIFF

v.                                No. 6:16-CV-06120

HAROLD BURROUGHS and
KATHY BURROUGHS                                                        DEFENDANTS

## JUDGMENT

Pursuant to the order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that the complaint in this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 17th day of November, 2017.

*/s/ P. K. Holmes, III*
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE